# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Arciero v. City and County of Honolulu | 30160 | 12/15/2011 | Affirmed |
| City and County of Honolulu v. Sherman | 28945 | 12/27/2011 | Vacated, Remanded and Affirmed |
| State v. Jimenez | 29963 | 12/29/2011 | Affirmed |
| Wagner v. World Botanical Gardens, Inc. | 28998 | 01/06/2012 | Denied | 126 Hawai'i 190, 268 P.3d 443 |